FILED
2022 Dec-14 PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| BARRY J. KUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-797-SGC |
| | ) | |
| STONEMOR PARTNERS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**CLERK'S COURT MINUTE ENTRY**
**DISMISSAL PURSUANT TO STIPULATION OF PARTIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action.

Therefore, at the direction of the Honorable Staci G. Cornelius, this case is closed.

DATED: December 14, 2022

SHARON N. HARRIS, CLERK

By: s/Bridget S. Tyree
Deputy Clerk